**FILED**

APR 1 6 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NITA B. ARCHIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. *14-634* |
| | ) | |
| LaWONNE ELENORA AGER BOOKER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

According to plaintiff, she is "a victim of gross identity theft," Compl. at 2, and defendants have left her "in financial dire straits," *id.* at 3, after having made a "non-authorized credit card application, *id.* at 2. Plaintiff demands "compensatory, cumulative and punitive damages . . . in the amount of $3 (three) million dollars." *Id.* at 4.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). Plaintiff does not raise a constitutional claim, and notwithstanding her demand for damages far in excess of $75,000, she does not establish diversity of citizenship. Accordingly, the complaint will be dismissed for lack

1



of subject matter jurisdiction.  An Order consistent with this Memorandum Opinion is issued

separately.

_____
United States District Judge

DATE:
3/19/14